UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    vs                                          Case No.4:03cr47-RH

HOWARD SILVER

_____

**ORDER**

Your documents, **LETTERS (received 10/13/05, 10/14/05 and 10/17/05)**, were referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing that you provided a copy to the attorney for the government.

    Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your document should state succinctly the nature of your request and what you want the court to do for you.

For these reasons, IT IS ORDERED that:

    The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document, and no further papers will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

    SO ORDERED this 19th day of October, 2005.

                                                    s/Robert L. Hinkle
                                                    Chief United States District Judge