**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

v.                                                                    CASE NO.  4:03cr47-RH/WCS

HOWARD WARREN SILVER,

      Defendant.

_____/

**ORDER DENYING MOTION TO
TERMINATE SUPERVISED RELEASE**

Defendant Howard Silver's motion filed October 21, 2005 (document 120),

by which he challenges his conviction and sentence, is in substance an

unauthorized second motion for relief under 28 U.S.C. §2255.  Even if deemed a

motion for early termination of supervised release, the motion would remain

unfounded; as a matter of discretion, I would not terminate Mr. Silver's term of

supervised release.  Accordingly,

      IT IS ORDERED:

Defendant's motion filed October 21, 2005, challenging his conviction and

sentence or seeking early termination of supervised release is DENIED.  The clerk

shall enter judgment accordingly.

SO ORDERED this 14th day of November, 2005.

s/Robert L. Hinkle
Chief United States District Judge
